July 25, 1979.

419 A.2d 193

Commonwealth v. Holmes, Appellant.

Submitted October 26, 1978. William T. Allison, Jr., for appellant; Jess D. Costa, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.

419 A.2d 193

Commonwealth v. Valentine, Appellant.

Submitted April 12, 1979. Wilbert H. Beachy, III, Public Defender, for appellant; Frederick F. Coffroth, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.

PRICE, J., concurred in the result.